UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

**05 - 10330 REK**

MAGISTRATE JUDGE _New Judge_

| | |
|---|---|
| JUAN MARIA FERNANDEZ BATISTA, | ) |
|     Petitioner/Plaintiff | ) |
|     v. | ) |
| | ) |
| ALBERTO GONZALES, Attorney General; | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY; | ) |
| U.S. CITIZENSHIP AND IMMIGRATION | ) |
| SERVICES; | ) |
|     Respondents/Defendants | ) |

RECEIPT #_____
AMOUNT $ 250
SUMMONS ISSUED _yes_
LOCAL RULE 4.1____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. _____
DATE 2/18/05

### PLANTIFF'S ORIGINAL COMPLAINT FOR
### WRIT IN THE NATURE OF MANDAMUS

This action is brought by the Petitioner, Juan Maria Fernandez Batista, against the

Defendants to compel action on an application for naturalization properly filed by the Plaintiff.

The application was filed and remains within the jurisdiction of the Defendants, who have

improperly withheld action on said application to Plaintiff's detriment.

### PARTIES

1.    The Petitioner/Plaintiff, **Juan Maria Fernandez Batista** is a 59 year old native and

citizen of the Dominican Republic. He last entered the United States on November 16, 1973.

Petitioner/Plaintiff resides at 2111 Crane Brook Way, Peabody, MA 01960.

2.    The Respondent/Defendant, **Alberto Gonzales,** is being sued in his official capacity as

the Attorney General of the United States. In this capacity, he is responsible for the

administration of the immigration laws, pursuant to 8 U.S.C., Section 1103, and he possesses

extensive discretionary powers to grant certain relief to aliens. More specifically, the Attorney

General is responsible for the adjudication of Applications for Naturalization pursuant to Section 310 of the Immigration and Nationality Act ("INA"), 8 U.S.C. Section 1421. The U.S. Citizenship and Immigration Service is an agency within the Department of Justice to whom the Attorney General's authority has in part been delegated, and is subject to the Attorney General's supervision.

3.     The Respondents/Defendants, **Department of Homeland Security and the U.S. Citizenship and Immigration Services** are the agencies responsible for enforcing the Immigration and Nationality Act ("INA"). (The Department of Homeland Security will be referred to hereinafter as the "DHS" and the U.S. Citizenship and Immigration Service will be referred to hereinafter as the "CIS.")

## JURISDICTION

4.     Jurisdiction in this case is proper under 28 U.S.C. Sections 1331 and 13361, 5 U.S.C. Section 701 et seq., and 28 U.S.C. Section 2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

5.     Venue is proper in this court, pursuant to 28 U.S.C. Section 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. More specifically, the Plaintiff's Application for Naturalization was properly filed and, to the Plaintiff's knowledge, remains pending with the Boston CIS.

2

## EXHAUSTION OF REMEDIES

6.      The Plaintiff has exhausted his administrative remedies. The Plaintiff attended an interview regarding his Application for Naturalization almost two years ago. The Plaintiff, through his attorney, made numerous inquiries concerning the status of his application following the interview. To date, the Plaintiff has not received a decision or response from the U.S. CIS.

## CAUSE OF ACTION

7.      The Plaintiff entered the United States on November 16, 1973 and has lived in this country as a Legal Permanent Resident since that date. The Plaintiff has several criminal convictions that rendered him deportable from the United States. All such convictions were prior to April 1, 1997.

8.      In July, 1995, the then Immigration and Naturalization Service ("INS") served the Plaintiff with an Order to Show Cause thereby placing him in deportation proceedings. After many years of litigation in the U.S. Immigration Court the Plaintiff applied for a waiver of his criminal convictions under INA section 212(c). On January 11, 2002, the Immigration Judge granted the Plaintiff's application for a waiver pursuant to INA section 212(c).

9.      On February 6, 2002, the Plaintiff filed an Application for Naturalization – Form N-400 – with the U.S. Citizenship and Immigration Service "(CIS"). (A copy of the N-400 is attached hereto as Exhibit A). On January 23, 2003, the CIS interviewed the Plaintiff at the Boston CIS Office regarding his Application for Naturalization. At that interview, the CIS Officer issued a request for additional documentation to the Plaintiff. (A copy of the request is attached hereto as Exhibit B).

10.     On several occasions subsequent to January, 2003, counsel for the Plaintiff filed responses to the CIS request for additional documentation and made inquiry regarding the status

3

of the N-400. On May 24, 2004, and again on August 6, 2004, counsel for the Plaintiff hand delivered certified copies of the Plaintiff's criminal records as requested by the CIS officer. (Copies of the submission from Attorney Linda Cristello are attached hereto as Exhibit C). Despite the fact that the CIS has all documentation required to adjudicate the Plaintiff's N-400, the CIS has failed and/or refused to adjudicate the Plaintiff's application.

11.    The Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed and refused to adjudicate the Plaintiff's application for almost two years, thereby depriving the Plaintiff of the right to a decision on his status and the peace of mind to which the Plaintiff is entitled.

12.    The Plaintiff has suffered needlessly due to the Defendants' failure to act in accordance with their duties under the law. The Plaintiff also has been damaged by virtue of being deprived of U.S. citizenship while his application has been pending.

13.    The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. Section 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

## CLAIMS FOR RELIEF

WHEREFORE the Plaintiff respectfully prays that this honorable Court enter an order:

(a)    requiring Defendants to adjudicate the Plaintiff's Application for Naturalization;

(b)    awarding the Plaintiff costs and reasonable attorney's fees; and

4

(c)    granting such other relief at law and in equity as justice may require.


Respectfully submitted,
Juan Maria Fernandez Batista
By his attorneys,


Anthony Drago, Esq.
Elizabeth A. Smith, Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

&JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JUAN MARIA FERNANDEZ BATISTA, 2111 Crane Brook Way, Peabody, MA 01960

**(b)** County of Residence of First Listed Plaintiff    **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Anthony Drago, Esq., Anthony Drago, Jr., P.C., 35 India Street, Boston, MA 02110 (617) 357-0400

## DEFENDANTS

ALBERO GONZALES, U.S. Attorney General, et al.

County of Residence of First Listed Defendant    Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☒ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1361

Brief description of cause:
Mandamus action brought to compel U.S. CIS to adjudicate Petitioner's pending Application for Naturali...

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Juan Maria Fernandez Batista v. Alberto Gonzales, et al)

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

- [ ]  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

- [x]  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

- [ ]  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

- [ ]  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

- [ ]  V.    150, 152, 153.

*Also complete AO 120 or AO 121 for patent, trademark or copyright cases

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

n/a

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)    YES [ ]   NO [x]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?    YES [ ]   NO [x]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?    YES [ ]   NO [x]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).    YES [ ]   NO [x]

A.  If yes, in which division do all of the non-governmental parties reside?    YES [x]   NO [ ]

Eastern Division [x]    Central Division [ ]    Western Division [ ]

B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)    YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Anthony Drago, Jr., Esq.

ADDRESS  Anthony Drago, Jr., P.C., 35 India Street, Boston, MA 02110

TELEPHONE NO.  617-357-0400

(Coversheetlocal.wpd  - 10/17/02)

# LINDA A. CRISTELLO

*ATTORNEY AT LAW*

---

100 STATE STREET
ELEVENTH FLOOR
BOSTON, MASSACHUSETTS 02109

170 COMMON STREET
SUITE 101
LAWRENCE, MASSACHUSETTS 01840

---

TELEPHONE:  (617) 742-0040
FACSIMILE  :  (617) 742-4691

TELEPHONE:  (978) 683-9594
FACSIMILE  :  (978) 682-4157

February 6, 2002

**Certified Mail**
U.S. Department of Justice
Immigration and Naturalization Service
Eastern Service Center
75 Lower Weldon Street
St. Albans, VT 05479-0001

Re:     FERNANDEZ-BATISTA, Juan Maria –**A 30 995 991**

### *Application to File Petition for Naturalization*

Dear Sir/Madam:

Please be advised that this law firm represents the above-named individual in all matters before the Immigration Service. Enclosed please find an executed Form G-28, Notice of Entry of Appearance as Attorney.

The following documentation is being filed relative to the above application:

1. Application to file Petition for Naturalization;
2. Two photographs of applicant;
3. Copy of front and back of Alien Residence Card;
4. Filing fee in the amount of $ 250.00.

Should your office require additional information, please feel free to contact this office.

Thanking you in advance for your anticipated cooperation.

Sincerely,

Linda A. Cristello

LAC/mtn
Enclosures:     As Stated

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re:<br>**FERNANDEZ-Batista, Juan Maria** | DATE<br>/ / |
|---|---|
| | FILE No.<br>**30 995 991** |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME<br>**FERNANDEZ-Batis    Juan Maria** | ☐ Petitioner    ☒ Applicant<br>☐ Beneficiary    ☐ |
|---|---|

| ADDRESS    (Apt. No.)    (Number & Street)    (City)    (State)    (ZIP Code) |
|---|
| **64 1/2 Harbor Street, #11    Salem    MA    01970** |

| NAME | ☐ Petitioner    ☐ Applicant<br>☐ Beneficiary    ☐ |
|---|---|

| ADDRESS    (Apt. No.)    (Number & Street)    (City)    (State)    (ZIP Code) |
|---|

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

SUPREME COURT OF THE UNITED STATES _____ and am not under a

(Name of Court)

court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.   (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE<br><br>*[signature]* | COMPLETE ADDRESS<br>**Law Office of Linda A. Cristello<br>100 State Street, 11th Floor<br>Boston    MA 02109** |
|---|---|
| NAME (Type or Print)<br>**Linda A. Cristello, Esq.** | TELEPHONE NUMBER<br>**617-742-0040** |

---

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:    **Linda A. Cristello or her representative**

(Name of Attorney or Representative)

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING<br><br>**Juan Maria Fernandez-Batista** | SIGNATURE OF PERSON CONSENTING<br><br>*[signature]* | DATE |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28<br>(Rev. 10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE<br>Immigration and Naturalization Service

Application for Naturalization

## START HERE - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name  **FERNANDEZ-Batista** | Given Name  **Juan** | Middle Initial  **M.** |

**U.S. Mailing Address** - Care of

| | |
|---|---|
| Street Number and Name  **64 1/2 Harbor Street** | Apt. #  **11** |

| | |
|---|---|
| City  **Salem** | County  **Essex** |

| | |
|---|---|
| State  **MA** | ZIP Code  **01870** |

| | |
|---|---|
| Date of Birth (month/day/year)  **07/08/1945** | Country of Birth  **Dom Rep** |

| | |
|---|---|
| Social Security #  **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** | A #  **30 995 991** |

### Part 2.  Basis for Eligibility  *(check one).*

a. ☒ I have been a permanent resident for at least five (5) years.
b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. ☐ I am a permanent resident child of United States citizen parent(s).
d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B
e. ☐ Other.  (Please specify section of law)_____

### Part 3.  Additional Information about you.

| | |
|---|---|
| Date you became a permanent resident (month/day/year)  **11/16/1973** | Port admitted with an immigrant visa or INS Office where granted adjustment of status.  **New York City, NY** |

Citizenship
**Dom Rep**

Name on alien registration card (if different than in Part 1)
**FERNANDEZ BATISTA, JUAN MARIA**

Other names used since you became a permanent resident (including maiden name)
**NONE**

| Sex ☒ Male ☐ Female | Height  **5'6"** | Marital Status ☐ Single ☒ Married | ☐ Divorced ☐ Widowed |
|---|---|---|---|

Can you speak, read and write English?    ☐ No ☒ Yes.

**Absences from the U.S.**

Have you been absent from the U.S. since becoming a permanent resident?    ☐ No ☒ Yes

If you answered "Yes", complete the following.  Begin with your most recent absence.  If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 08/1995 | 09/1995 | ☐ Yes ☒ No | Dom. Rep. | Visit |
| 02/1994 | 06/1994 | ☐ Yes ☒ No | Dom. Rep. | Visit |
| 02/1992 | 05/1992 | ☐ Yes ☒ No | Dom. Rep. | Visit |
| 08/1986 | 08/1986 | ☐ Yes ☒ No | Dom. Rep. | Visit |
| 05/1979 | 06/1979 | ☐ Yes ☒ No | Dom. Rep. | Visit |
| 12/1975 | 12/1975 | ☐ Yes ☒ No | Dom. Rep. | Visit |

*Continued on back.*

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| ☐ Applicant Interviewed | |

At Interview
☐ request naturalization ceremony at court

Remarks

Action

To be completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #
**558038**

Form N-400 (Rev. 01/15/99)N

## Part 4.  Information about your residences and employment.

A.   List your addresses during the last five (5) years or since you became a permanent resident, whichever is less.  Begin with your current address.  If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) | |
|---|---|---|
| | From | To |
| P64 1/2 Harbor Street    Salem    MA    01970    01970 | 1994 | Present |
| | | |
| | | |

B.   List your employers during the last five (5) years.  List your present or most recent employer first.  If none, write "None".  If you need more space, continue on separate paper:

| Employer's Name | Employer's Address Street Number and Name, City, State, Country, Zip Code | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | | From | To | |
| The Team Clean | Worcester St., Peabody, MA | 08/00 | Present | Cleaner |
| Eastern Building Services | 900 Broadway, Lowell, MA | 07/98 | 08/00 | Cleaner |
| Disabled | | 1992 | 07/98 | |

## Part 5.  Information about your marital history.

A.   Total number of times you have been married __1____.  If you are now married, complete the following regarding your husband or wife.

| Family name        FERNANDEZ | Given name        Rosa | Middle initial        B. |
|---|---|---|

| Address        64 1/2 HarborStreet, #11 | Salem, MA |
|---|---|

| Date of birth (month/day/year)        11/15/1961 | Country of birth        Dom. Rep. | Citizenship        US |
|---|---|---|
| Social Security#        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 | A# (if applicable)        31 055 575 | Immigration Status (if not U.S. citizen) |

| Naturalization(if applicable) (month/day/year)        05/23/1996 | Place        (City, State)        Boston, MA |
|---|---|

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper:  Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6.  Information about your children.

B.   Total number of Children __4____.  Complete the following for each of your children.  If the child lives with you, state "with me" in the address column; otherwise give the city/state/country of the child's current residence.  If deceased, write "deceased" in the address column.  If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| John M. Fernandez | 12/02/1970 | US | US | | 64 1/2 Harbor Street, Salem, MA |
| Wendy Fernandez | 07/24/1976 | US | US | | 64 1/2 Harbor Street, Salem, MA |
| Juan R. Fernandez | 04/26/1979 | US | US | | 64 1/2 Harbor Street, Salem, MA |
| Belkis M. Fernandez | 05/29/1980 | US | US | | 64 1/2 Harbor Street, Salem, MA |
| | | | | | |
| | | | | | |
| | | | | | |

*Continued on next page*                    Form N-400 (Rev 01/15/99)N

## Part 7.  Additional eligibility factors.

Please answer each of the following questions.  If your answer is "Yes", explain on a separate paper.

1.  Are you now or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the communist party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   ☐ Yes  ☒ No

2.  During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party of SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
    a.  The Nazi Government of Germany   ☐ Yes  ☒ No
    b.  Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes  ☒ No

3.  Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes  ☒ No

4.  Have you ever left the United States to avoid being drafted into the U.S. Armed Forces   ☐ Yes  ☒ No

5.  Have you ever failed to comply with Selective Service laws?   ☐ Yes  ☒ No
    If you have registered under Selective Service laws, complete the following information:
        Selective Service Number:_____ Date Registered:_____
    If you registered before 1978, also provide the following:
        Local Board Number:_____ Classification:_____

6.  Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons?   ☐ Yes  ☒ No

7.  Have you ever deserted from the military, air or naval forces of the United States?   ☐ Yes  ☒ No

8.  Since becoming a permanent resident, have you ever failed to file a federal income tax return?   ☐ Yes  ☒ No

9.  Since becoming a permanent resident, have you filed an income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?   ☐ Yes  ☒ No

10.  Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☒ Yes  ☒ No

11.  Have you ever claimed in writing, or in any way, to be a United States citizen?   ☐ Yes  ☒ No

12.  Have you ever:
    a.  been a habitual drunkard?   ☐ Yes  ☒ No
    b.  advocated or practiced polygamy?   ☐ Yes  ☒ No
    c.  been a prostitute or procured anyone for prostitution?   ☐ Yes  ☒ No
    d.  knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes  ☒ No
    e.  been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes  ☒ No
    f.  received income from illegal gambling?   ☐ Yes  ☒ No
    g.  given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes  ☒ No

13.  Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes  ☒ No

14.  Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State?   ☐ Yes  ☒ No

15.  Have you ever:
    a.  knowingly committed any crime for which you have not been arrested?   ☒ Yes  ☐ No
    b.  been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?   ☐ Yes  ☒ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence: the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part 8.  Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:
1.  Do you believe in the Constitution and form of government of the U.S.?   ☒ Yes  ☐ No
2.  Are you willing to take the full Oath of Allegiance to the U.S. (see instructions)   ☒ Yes  ☐ No
3.  If the law requires it, are you willing to bear arms on behalf of the U.S.?   ☒ Yes  ☐ No
4.  If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ☒ Yes  ☐ No
5.  If the law requires it, are you willing to perform work of national importance under civilian direction?   ☒ Yes  ☐ No

Form N-400 (Rev 01/15/99)N

## Part 9.   Memberships and Organizations

A.   List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.   Include any military service in this part.   If none, write "none".   Include the name of organization, location, dates of membership and nature of the organization.   If additional space is needed, use separate paper.

None

## Part 10.   Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?    ☐ One    ☐ Both    (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Initial |
|---|---|---|
| Address | | |

Basis of citizenship:    Relationship to you (check one:):    ☐ natural parent    ☐ adoptive parent

☐ Birth
☐ Naturalization Cert. No.    ☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption, or, legitimation: (month/day/year) _____

Does this parent have legal custody of you?    ☐ Yes    ☐ No

*(Attach a copy of relating evidence to establish that you are the child of the U.S. citizen and evidence of this parent's citizenship.)*

## Part 11.   Signature   (Read the information on the penalties in the instructions before completing this section).

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct.   I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____    Date   2/4/02

**Please Note:**   If you do not completely fill out this form, of fail to submit the required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12.   Signature of person preparing form if other than above.   *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature _____    Print your Name   Linda A. Cristello, Esq.    Date   2·10·02

Firm Name and Address    Law Office of Linda A. Cristello, Esq.
100 State Street, 11th Floor, Boston, MA 02109

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages,   1 through_____, that the corrections, numbered  1 through_____, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

Subscribed and sworn to before me by the applicant.

_____
(Examiner's Signature)    Date

_____
(Complete and true signature of applicant)



**RESIDENT ALIEN**
U.S. Department of Justice-Immigration and Naturalization Service
FERNANDEZ BATISTA, JUAN MARIA
NAME
07 08 45
DOB
A030995991
ALIEN NUMBER
07 13 03
ENTRY TIMES

**ALIEN REGISTRATION RECEIPT CARD**
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

```
SA1 NYC 731116 585  3146881056
A1USA030995991<03<9307<<<<<<<<
4507080M0307134<<<<<<F85F164A0
FERNANDEZ<BATISTA<<JUAN<MARIA<
```



2 PHOTOGRAPHS OF APPLICANT

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203-0002

In the Matter of:                     Case No.: A30-995-991
FERNANDEZ-BATISTA, JUAN MARIA

RESPONDENT                     IN DEPORTATION PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 11, 2002.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed, the Oral Decision will become the official
decision in this matter.

(  )    The respondent was ordered deported to
        the alternative to
(  )    Respondent's application for voluntary departure was denied and
        respondent was ordered deported to
        or in the alternative to
(  )    Respondent's application for voluntary departure was granted until
          , with an alternate order of deportation
        to                                                       or
(  )    Respondent's application for asylum was (  )granted  (  )denied
        (  )withdrawn  (  )other.
(  )    Respondent's application for withholding of deportation was
        (  )granted  (  )denied  (  )withdrawn  (  )other.
(  )    Respondent's application for suspension of deportation was (  ) granted
        under section 244(a)(1) or (2)  (  ) granted under section 244(a)(3)
        (  ) denied  (  ) withdrawn  (  ) other.
(✓)    Respondent's application for waiver under Section _212 (c)_ of
        the Immigration and Nationality Act was (✓)granted  (  )denied
        (  )withdrawn  (  )other.
(  )    Respondent's application for _____ was
        (  )granted  (  )denied  (  )withdrawn  (  )other.
(✓)    Proceedings were terminated.
(  )    The application for adjustment of status under Section (216)(216A)
        (245)(249) was (  )granted  (  )denied  (  )withdrawn  (  )other.
        If granted, it was ordered that the respondent be issued all
        appropriate documents necessary to give effect to this order.
(  )    Respondent's status was rescinded under Section 246.
(  )    Other _____.
(  )    Respondent was advised of the limitation on discretionary relief for
        failure to appear as ordered in the Immigration Judge's oral decision.

Date:   Jan 11, 2002

                                LEONARD I. SHAPIRO
                                Immigration Judge

Appeal:  (WAIVED) (Alien/INS/Both)
Appeal Due by:

KEK

ALIEN NUMBER:  30-995-991

ALIEN NAME:  FERNANDEZ-BATISTA, JU

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE:  _1 - 11 - 02_  BY: COURT STAFF _____
   Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---

60

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

DC0000002

PCN 970276927507

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD - FBI NO-980414V1

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                     FBI NO.          DATE REQUESTED
FERNANDEZ,JUAN MARIA                     980414V1         02/08/97

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     W      07/08/45     506      180      BRO    BLK    UNLISTED ENTRY

FINGERPRINT CLASS       THIS FBI IDENTIFICATION RECORD IS FURNISHED
PM PM 17 26 20          TO Mr. Juan Fernandez
DI 14 17 PI 22          PURSUANT TO DEPARTMENTAL ORDER 556-73

1-ARRESTED OR RECEIVED 04/30/80
   AGENCY-US SECRET SERVICE NEW YORK (NYSS10800)
      AGENCY CASE-J108164394
      CHARGE 1-18 USC 495 CHECK FORGERY US TREASURY CHECK

2-ARRESTED OR RECEIVED 05/01/80
   AGENCY-USM NEW YORK (NYUSM0300)
      AGENCY CASE-09313-054
      CHARGE 1-UTTERING

3-ARRESTED OR RECEIVED 09/14/83
   AGENCY-US SECRET SERVICE NEW YORK (NYSS10800)
      AGENCY CASE-J108164602 NAME USED-FERNANDEZ,JUAN MARIA BATISTA
      CHARGE 1-FAILURE TO APPEAR

   COURT-
      12/21/84 DISPOSITION-
      CHARGE-FAILURE TO APPEAR
      SENTENCE- 1Y PROBATION

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                                   PCN 970276927507
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-980414V1

     ISS ON CHG CONVERSION OF US TREASURY CK

   SUPERVISION OR CUSTODY-
     AGENCY-US PROBATION NEW YORK (NYC30017G)
        AGENCY CASE-
        12/21/84 STATUS-PROBATION-

4-ARRESTED OR RECEIVED 09/12/85
   AGENCY-DEA NEW YORK (NYDEA0300)
     AGENCY CASE-C1-85-0288  NAME USED-FERNANDEZ,JUAN
     CHARGE 1-CONSPIRACY

   COURT-
               DISPOSITION-
     CHARGE-CONSPIRACY
     SENTENCE-
     02-20-87 CONVICTED PRISON 24 MOS,FINE $50

5-ARRESTED OR RECEIVED 09/13/85
   AGENCY-USM NEW YORK (NYUSM0300)
     AGENCY CASE-17073-054
     CHARGE 1-VIOLATION NARC

   COURT-
     02/20/87 DISPOSITION-
     CHARGE-VIOLATION NARC
     SENTENCE-
     SENT 2Y

6-ARRESTED OR RECEIVED 03/11/87
   AGENCY-FEDERAL CORR INST RAY BROOK (NYO15017C)
     AGENCY CASE-17073-054  NAME USED-FERNANDEZ,JUAN M
     CHARGE 1-CONSP TO POSS W/INTENT TO DIST MARIJUANA

END OF PART 2 - PART 3 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                         PCN 970276927507
PART 3

- FBI IDENTIFICATION RECORD - FBI NO-98041471

    COURT-
              DISPOSITION-
       CHARGE-CONSP TO POSS W/INTENT TO DIST MARIJUANA
       SENTENCE- 2Y CONFINEMENT


    SUPERVISION OR CUSTODY-
       AGENCY-US PROBATION NEW YORK (NY0300170)
          AGENCY CASE-
          03/04/88 STATUS-PAROLED

7-ARRESTED OR RECEIVED 04/14/93
    AGENCY-DEA BOSTON (MADEA0100)
       AGENCY CASE-CC-92-0104 NAME USED-FERNANDEZ-BATISTA,JUAN MARIA
       CHARGE 1-VIOLATION OF STATE CONTROLLED SUBSTANCE ACT

    COURT-
              DISPOSITION-
       CHARGE-CONSPIRACY COCAINE
       SENTENCE-
       04-17-93 DISMISSED
              DISPOSITION-
       CHARGE-DISTRIBUTION COCAINE
       SENTENCE-
       04-17-93 DISMISSED


RECORD UPDATED 02/08/97




ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

〉 〈

JIS 77167 107 12/22/97 1123 S6302/751.
N.
L01III QUERY
RINSBSS1
HIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
ECORD REQUEST FOR FBI/980414V1. THE FOLLOWING WILL RESPOND TO YOUR
GENCY:
FBI          - FBI/980414V1

ND.)
JIS 77207 108 12/22/97 1123 S6302/751.
N.
L01III QUERY
RINSBSS1
FN/LEE
HIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-980414V1.
ECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
OULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

              FBI IDENTIFICATION RECORD -

HEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
IRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NME                                    FBI NO.       DATE REQUESTED
ERNANDEZ, JUAN MARIA                   980414V1      1997/12/22

EX   RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
 M         1945/07/20  500     120     BRO   BLK   UNITED STATES

INGERPRINT CLASS
4 PM 17 16 20
 14 17 PI 20

 ARRESTED OR RECEIVED 1980/04/18
  AGENCY-US SECRET SERVICE NEW YORK (NY0S10800)
     AGENCY CASE-J180164394
     CHARGE 1-18 USC 495 CHECK FORGERY US TREASURY CHECK

 ARRESTED OR RECEIVED 1980/05/01

  AGENCY-USM NEW YORK (NYUSM0800)
     AGENCY CASE-05311-054
     CHARGE 1-UTTERING

 ARRESTED OR RECEIVED 1983/09/14
  AGENCY-US SECRET SERVICE NEW YORK (NY0S10800)
     AGENCY CASE-J180164392 NAME USED-FERNANDEZ, JUAN MARIA BATISTA
     CHARGE 1-FAILURE TO APPEAR

 COURT-
    1984/10/01 DISPOSITION-
    CHARGE-FAILURE TO APPEAR
    SENTENCE- 1Y PROBATION
    ISS ON CUR CONVICTION OF US TREASURY CH

--ARRESTED OR RECEIVED 1986/09/12
  AGENCY--DEA NEW YORK (NYDEA0300)
     AGENCY CASE-C1-86-0288 NAME USED-FERNANDEZ,JUAN
     CHARGE 1-CONSPIRACY

  COURT-
              DISPOSITION-
     CHARGE-CONSPIRACY
     SENTENCE-
     02-20-87 CONVICTED PRISON 24 MOS,FINE $50

--ARRESTED OR RECEIVED 1986/09/13
  AGENCY-USM NEW YORK (NYU
NO300)
     AGENCY CASE-17273-054
     CHARGE 1-VIOLATION NARC

  COURT-

     1987/02/20 DISPOSITION-
     CHARGE-VIOLATION NARC
     SENTENCE-
     CONT BY

--ARRESTED OR RECEIVED 1987/03/11
  AGENCY-FEDERAL CORR INST RAY BROOK (NY218017O)
     AGENCY CASE-17273-054  NAME USED-FERNANDEZ,JUAN M
     CHARGE 1 CONSP TO POSS W/INTENT TO DIST MARIJUANA

  COURT-
              DISPOSITION-
     CHARGE CONSP TO POSS W/INTENT TO DIST MARIJUANA
     SENTENCE- BY CONFINEMENT

  SUPERVISION OR CUSTODY
     AGENCY US PROBATION NEW YORK (NY320017 )
     AGENCY CASE-
     1988/03/04 STATUS-PAROLED

--ARRESTED OR RECEIVED 1993/04/14
  AGENCY DEA BOSTON (MADEA010 )
     AGENCY CASE CC-92-0104 NAME USED FERNANDEZ-BATISTA,JUAN MARIA
     CHARGE 1 VIOLATION OF STATE CONTROLLED SUBSTANCE ACT

  COURT-
              DISPOSITION-
     CHARGE CONSPIRACY COCAINE
     SENTENCE-
     04 17 93 DISMISSED
              DISPOSITION-
     CHARGE DISTRIBUTION COCAINE
     SENTENCE-
     04-17-93 DISMISSED


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.



**U.S. Department of** :tice

Immigration and Naturalization Service

Juan Fernandez Batista    File No. 3c 995 991

Date 1-23-03

Examination of the (enclosed) application ___ N 400 ___

shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked ☑ , in red in this letter the items which need your attention. Please read those items, and, when you are able to comply with them, RETURN THIS LETTER with the requested information, documents, and forms. We will then complete processing of your application.

☑ Unless you furnish the requested information or document(s) checked ☑ , it will be necessary to recommend to the court that your petition for naturalization be denied for lack of prosecution.

☐ The application form you have submitted is obsolete. Complete and return the enclosed new application.

☐ Send money order or check for $ _____ made payable to the Department of Justice, Immigration and Naturalization Service. Do not send cash or postage stamps.

☑ see attached

Form N-14
(Rev. 12-31-82) Y

(Over)

## FORM N-14 ATTACHMENT

INS FILE #:   30  995 991

DATE:   1-23-03

THE FOLLOWING REQUESTED DOCUMENTATION MUST BE RECEIVED AT THIS OFFICE BY NO LATER THAN ___2-22-03___ OR YOUR APPLICATION WILL BE DENIED:

__✓__ CERTIFIED COPIES OF ANY/ALL ARREST RECORDS AND COURT DISPOSITIONS CONCERNING ANY/ALL ARRESTS, CHARGES, CITATIONS, CONVICTIONS, FINES, INDICTMENTS AND IMPRISONMENTS RELATING TO YOU ANYWHERE AND EVERYWHERE IN THE WORLD, INCLUDING BUT NOT LIMITED TO THE INCIDENT(S) DISCUSSED AT TODAY'S INTERVIEW.  New York

_____ POLICE CLEARANCE REPORTS FROM ANY/ALL JURISDICTIONS IN WHICH YOU HAVE RESIDED (INCLUDING ANY/ALL OUT-OF-STATE AND FOREIGN JURISDICTIONS) SINCE _____.

_____ EVIDENCE THAT YOU HAVE REGISTERED WITH THE SELECTIVE SERVICE ADMINISTRATION (I.E., SELECTIVE SERVICE REGISTRATION CARD). INCLUDE BOTH REGISTRATION NUMBER AND REGISTRATION DATE.

_____ LETTER FROM SELECTIVE SERVICE ADMINISTRATION EXPLAINING IN DETAIL THE CIRCUMSTANCES OF YOUR FAILURE TO REGISTER WITH SAID ADMINISTRATION.

_____ I.R.S. CERTIFIED COPIES OF ANY/ALL FEDERAL TAX RETURN FORMS FILED BY YOU FOR THE TAX YEARS OF _____.

_____ ANY/ALL HOSPITAL RECORDS CONCERNING YOUR CONFINEMENT AS A PATIENT AT _____, INCLUDING A DETAILED EXPLANATION OF YOUR DIAGNOSIS, TREATMENT AND SUBSEQUENT RELEASE FROM SAID INSTITUTION.

_____ LIST OF ALL ABSENCES FORM THE U.S. SINCE _____. INCLUDE DATES LEFT U.S., DATES RETURNED, PORTS WHERE YOU REENTERED U.S., COUNTRIES VISITED (INCLUDING CANADA, MEXICO AND CARIBBEAN ISLANDS) AND REASONS FOR TRAVEL.

_____ NOTARIZED, COMPLETE PHOTOCOPIES OF ANY/ALL PASSPORTS AND ANY/ALL OTHER TRAVEL DOCUMENTS USED IN CONNECTION WITH ANY/ALL OF YOUR TRAVEL OUTSIDE OF THE UNITED STATES.

_____ EVIDENCE THAT YOU HAVE BEEN PROVIDING CHILD SUPPORT SINCE _____ ON BEHALF OF _____.

_____ OTHER:



# LINDA A. CRISTELLO

*ATTORNEY AT LAW*

---

100 STATE STREET
ELEVENTH FLOOR
BOSTON, MASSACHUSETTS 02109

—

TELEPHONE: (617) 742-0040
FACSIMILE: (617) 742-4691

170 COMMON STREET
SUITE 101
LAWRENCE, MASSACHUSETTS 01840

—

TELEPHONE: (978) 683-9594
FACSIMILE: (978) 682-4157

August 6, 2004

**FOURTH INQUIRY**
**HAND DELIVERED**
Immigration and Naturalization Service
J.F.K. Federal Building, Room E-140
Government Center
Boston, MA 02203

Attn:  Citizenship Unit

RE:  FERNANDEZ-Batista, Juan Maria
      A30 995 991

## ADDITIONAL SUPPORTING DOCUMENTATION
## NEW SET OF FINGERPRINTS REQUIRED

Dear Sir/Madam:

On January 23, 2003 the above applicant was before your office to apply for his United States citizenship. During the interview the Officer requested criminal records that are already containing in the record. Because of the age of the criminal records and almost impossible to obtain another set of copies, I asked the Officer to review her file to locate the documents. She indicated that here was not enough time for a complete review.

At the conclusion of the interview she asked if I could obtain another copy. I stated that it is almost impossible since it took a substantial amount of time to locate the first set FOR Mr. Fernandez deportation proceedings.

This is a cumbersome task to try to obtain copies of outdated records, of which are already contained in the applicants file. I have searched the FBI reports and contacted the New York office in order to obtain ANOTHER copy, to no avail.

I have kept your office in contact of the progress of this case since his interview. Computer checks in room E-160 reveals that his matter remains with Officer Andrade.

On May 24, 2004, this office hand delivered a letter to your office inquiring the status of this case, to no avail.

FINALLY, attached please find a certified copy of Mr. Fernandez criminal matter from the Federal Bureau of Prisons which were previously sent to your office.

I appreciate your assistance in this matter in order to favorably resolve this issue and grant Mr. Fernandez his privilege of being a United States Citizen.

Sincerely,

Linda A. Cristello

LAC/jd
Encs.

# LINDA A. CRISTELLO

*ATTORNEY AT LAW*

———

100 STATE STREET
ELEVENTH FLOOR
BOSTON, MASSACHUSETTS 02109

———

TELEPHONE:  (617) 742-0040
FACSIMILE:   (617) 742-4691

170 COMMON STREET
SUITE 101
LAWRENCE, MASSACHUSETTS 01840

———

TELEPHONE:  (978) 683-9594
FACSIMILE:   (978) 682-4157

May 24, 2004

HAND DELIVERED
Immigration and Naturalization Service
J.F.K. Federal Building, Room E-140
Government Center
Boston, MA 02203

ATTN:  Citizenship Unit

RE: FERNANDEZ-Batista, Juan Maria
     A30 995 991

## ADDITIONAL SUPPORTING DOCUMENTATION
## NEW SET OF FINGERPRINTS REQUIRED

Dear Sir/Madam:

On January 23, 2003, the above applicant was before your office to apply for his United States citizenship.  During the interview the Officer requested criminal records that are already containing in the record.  Because of the age of the criminal records and almost impossibly to obtain another set of copies, I asked the Officer to review her file to locate the documents.  She indicated that there was not enough time for a complete review.

At the conclusion of the interview she asked if I could obtain another copy.  I stated that is almost impossible since it took substantial amount of time to locate the first set FOR Mr. Fernandez deportation proceedings.

This is a cumbersome task to try to obtain copies of outdated records, of which are already contained in the applicants file.  I have searched the FBI reports and contacted the New York office in order to obtain ANOTHER copy, to no avail.

I have kept your office in contact of the progress of this case since his interview. Computer checks in room E-160 reveals that this matter remains with Officer Andrade.

FINALLY, attached please find a certified copy of Mr. Fernandez criminal matter from the Federal Bureau of Prisons.

This should complete the processing of this application.

**I appreciate your assistance in this matter in order to favorable resolve this issue and grant Mr. Fernandez his privilege of being an United States citizen.**

Sincerely,

Linda A Cristello

LAC/td
Enclosures: As Stated

BP-S396.058 CERTIFICATE OF RECORD CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

I __James Cochran_____ ,

hereby certify and attest that I am the INMATE SYSTEMS MANAGER and as such
that I am the official custodian of the records of this Institution whose
official name and address is:

Federal Correctional Institution
P.O. Box 300
Ray Brook, NY 12977

and that the following and attached records are true and correct copies of
records of said Institution pertaining to:

Name:_Jaun M. Fernandez_____

Register No. _17073-054_____

and consisting of: Sentence Monitoring Computation Data Sheet

        IN WITNESS WHEREOF, I have hereunto set my hand at

_Ray Brook, NY_____

this 23rd_____ day of __April_____ A.D.20_04___ .

_James Cochran_
Custodian of Records

_Inmate Systems Manager_____
Title

STATE OF ___New York_____ }
                                      }
                                      } ss.
                                      }
COUNTY OF ___Essex_____ }

_Robin Lee Meacham Van Weelde_
ROBIN LEE MEACHAM
Notary Public, State of New York
Qualified In Franklin County
My Commission Expires March 25, 20O6

Subscribed and sworn to before me this __23rd_____ day of __April_____
_____, 20_04_____ .


_____
Signature of Officer Authorized To Administer Oaths (18 U.S.C. 4004)


Record Copy - Requester; Copy - Central File

(This form may be replicated via WP)

Replaces BP-396(58) of OCT 88

```
                                                              *    04-23-2004
   RBKMZ              *          PUBLIC INFORMATION           *    09:01:44
   PAGE 002           *             INMATE DATA
                      *          AS OF 03-04-1988
```

REGNO..: 17073-054 NAME: FERNANDEZ, JUAN M

```
               RESP OF: RBK / PAROLE FROM PAR COM OR CT
               PHONE..: 518-891-5400    FTS: 700-561-3500
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-04-1988 VIA PAROLE
```

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 86CR901(01)
JUDGE...........................: GRIESA
DATE SENTENCED/PROBATION IMPOSED: 02-20-1987
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-11-1987
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

```
                                                          COSTS
                FELONY ASSESS  MISDMNR ASSESS  FINES      $00.00
                                              $00.00
NON-COMMITTED.: $50.00         $00.00                     $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO    AMOUNT: $00.00
```

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------

```
OFFENSE CODE....: 391
OFF/CHG: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA;
         T21 U.S.C. 846.

SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
                                    PUBLIC INFORMATION          *     04-23-2004
   RBKMZ            *                   INMATE DATA              *     09:01:44
PAGE 003 OF 003 *                    AS OF 03-04-1988

REGNO..: 17073-054 NAME: FERNANDEZ, JUAN M

                     RESP OF: RBK / PAROLE FROM PAR COM OR CT
                     PHONE..: 518-891-5400    FTS: 700-561-3500
--------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-03-1988 AT RBK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN.........: 02-20-1987
TOTAL TERM IN EFFECT...........:    2 YEARS
TOTAL TERM IN EFFECT CONVERTED..:   2 YEARS

                                   FROM DATE     THRU DATE
JAIL CREDIT....................:   09-12-1986    09-13-1986
                                   01-09-1987    02-19-1987

TOTAL JAIL CREDIT TIME.........: 44
TOTAL INOPERATIVE TIME.........: 0
STATUTORY GOOD TIME RATE.......: 6
TOTAL SGT POSSIBLE.............: 144
PAROLE ELIGIBILITY.............: 09-05-1987
STATUTORY RELEASE DATE.........: 08-15-1988
TWO THIRDS DATE................: N/A
180 DAY DATE...................: 07-10-1988
EXPIRATION FULL TERM DATE......: 01-06-1989

PRESUMPTIVE PAROLE DATE.........: 03-06-1988
PAROLE EFFECTIVE................: 03-06-1988
PAROLE EFF VERIFICATION DATE...: 01-29-1988
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 03-04-1988
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY...: RBK
ACTUAL SATISFACTION KEYED BY....: JEC

DAYS REMAINING.................: 306
FINAL PUBLIC LAW DAYS..........: 2


S0039     ALL CURRENT COMPS ARE SATISFIED
```

# LINDA A. CRISTELLO
*ATTORNEY AT LAW*

100 STATE STREET
ELEVENTH FLOOR
BOSTON, MASSACHUSETTS 02109

TELEPHONE: (617) 742-0040
FACSIMILE : (617) 742-4691

170 COMMON STREET
SUITE 101
LAWRENCE, MASSACHUSETTS 01840

TELEPHONE: (978) 683-9594
FACSIMILE : (978) 682-4157

April 19, 2004

HAND DELIVERED
Immigration and Naturalization Service
J.F.K. Federal Building, Room E-140
Government Center
Boston, MA 02203

ATTN: Citizenship Unit

RE: FERNANDEZ-Batista, Juan Maria
     A30 995 991

# REQUEST FOR SERVICE REVIEW OF FILE
## REQUEST FOR ADDITIONAL SUPPORTING DOCUMENTATION
## NEW SET OF FINGERPRINTS REQUIRED

Dear Sir/Madam:

Pursuant to a personal inquiry on January 22, 2004, this matter remains with Officer Andrade in the examinations unit.

On January 23, 2003, the above applicant was before your office to apply for his United States citizenship. During the interview the Officer requested criminal records that are already containing in the record. Because of the age of the criminal records and almost impossibly to obtain another set of copies, I asked the Officer to review her file to locate the documents. She indicated that there was not enough time for a complete review.

At the conclusion of the interview she asked if I could obtain another copy. I stated that is almost impossible since it took substantial amount of time to locate the first set FOR Mr. Fernandez deportation proceedings..

On February 20, 2003, this office hand delivered a request to additional time in which to obtain prior criminal records from 1987 in New York. We have yet to obtain another copy.

On this date I have now requested that the Executive Office for Immigration Review Office of the Immigration Court obtain their record out of archive, in hopes of recovering the Courts copy.

This is a cumbersome task to try to obtain copies of outdated records, of which are already contained in the applicants file.. I have searched the FBI reports and contacted the New York office in order to obtained ANOTHER copy, to no avail.

I am asking that your office take "a little " extra time in reviewing Mr. Fernandez file in order to assist me in this process.

Presently, this office is attempting to obtain the other records from Yew York. Request is made for additional time in which to obtain those records.

Attached please find a copy of the certified document that was hand delivered by the Trial Attorney at Mr. Fernandez trial. This record is contained in the file

**I appreciate your assistance in this matter in order to favorable resolve this issue and grant Mr. Fernandez his privilege of being an United States citizen..**

Sincerely,

Linda A. Cristello

LAC/td
Enclosures: As Stated

# CERTIFICATE OF RECORD

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

I _____ Larry Carpenter _____, hereby certify and attest that I am the

ACTING **INMATE SYSTEMS MANAGER**

and as such that I am the official custodian of the records of this Institution whose official name and

address is _____ Federal Correctional Institution _____

_____ P.O. Box 300, Ray Brook, NY 12977 _____;

and that the following and attached records are true and correct copies of records of said Institution

pertaining to one:

_____ Juan M. Fernandez _____, Register No. __ 17073-054 __

and consisting of: ~~(1) Photograph~~ ~~(2) Fingerprints~~ ~~(3) Commitment~~ (4) Other

_____ Sentence Monitoring Computation Data Sheet

IN WITNESS WHEREOF, I have hereunto set my hand at __ Ray Brook, NY __

_____ this 23rd day of __ December _____ A.D.19 97 .

_____ Larry Carpenter _____
Custodian of Records

_____ Acting Inmate Systems Manager _____
Title

STATE OF __ New York _____ }
                                } ss.
COUNTY OF __ Essex _____ }

Subscribed and sworn to before me this 23rd day of __ December _____, 19 97 .

_____ Katherine Fortier _____
Signature of Officer Authorized
To Administer Oaths (18 U.S.C. 4004)

KATHERINE FORTIER
Notary Public-State of New York
NO. 01FO6004307
Qualified in FRANKLIN COUNTY
My Commission Expires FEB 16, 1999

Original (White)-Requester
First Copy (Pink)-Central File

RBKMY 540*23 *                    SENTENCE MONITORING
PAGE 001          *              COMPUTATION DATA
                                 AS OF 03-04-1988

REGNO..: 17073-054 NAME: FERNANDEZ, JUAN M

                                      DATE OF BIRTH: 07-08-1945

FBI NO............: 980414V1
ARS1.............: RBK/PAROLE           QUARTERS.....:
UNIT.............:                      NOTIFICATIONS: YES
DET/NOTIF RMK....: UNKNOWN

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-04-1988 VIA PAROLE

REMARKS........: NOTIFY - INS.  RESIDENT ALIEN.
                 NOTIFY - CENTRAL WARRANT UNIT - MANHATTAN CR. CT - FTA.

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 86CR901(01)
JUDGE...........................: GRIESA
DATE SENTENCED/PROBATION IMPOSED: 02-20-1987
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-11-1987
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

                                                          COSTS
                 FELONY ASSESS  MISDMNR ASSESS  FINES     $00.00
NON-COMMITTED.:  $50.00         $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  391
OFF/CHG: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA;
         T21 U.S.C. 846.

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS

G0002        MORE PAGES TO FOLLOW . . .

REGNO..: 17073-054 NAME: FERNANDEZ, JUAN M

------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-03-1988 AT RBK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 02-20-1987
TOTAL TERM IN EFFECT............:     2 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                      09-12-1986     09-13-1986
                                      01-09-1987     02-19-1987

TOTAL JAIL CREDIT TIME..........: 44
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 144
PAROLE ELIGIBILITY..............: 09-05-1987
STATUTORY RELEASE DATE..........: 08-15-1988
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 07-10-1988
EXPIRATION FULL TERM DATE.......: 01-06-1989

PRESUMPTIVE PAROLE DATE.........: 03-06-1988
PAROLE EFFECTIVE................: 03-06-1988
PAROLE EFF VERIFICATION DATE....: 01-29-1988
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 03-04-1988
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RBK
ACTUAL SATISFACTION KEYED BY....: JEC

DAYS REMAINING..................: 306
FINAL PUBLIC LAW DAYS...........: 2
REMARKS.......: 09-13-1986 RELEASED ON PRB.

G0000     TRANSACTION SUCCESSFULLY COMPLETED

# LINDA A. CRISTELLO
*ATTORNEY AT LAW*

---

100 STATE STREET
ELEVENTH FLOOR
BOSTON, MASSACHUSETTS 02109

TELEPHONE:  (617) 742-0040
FACSIMILE :  (617) 742-4691

170 COMMON STREET
SUITE 101
LAWRENCE, MASSACHUSETTS 01840

TELEPHONE:   (978) 683-9594
FACSIMILE :   (978) 682-4157

February 20, 2003

HAND DELIVERED
Immigration and Naturalization Service
J.F.K. Federal Building, Room E-140
Government Center
Boston, MA 02203

RE: FERNANDEZ-Batista, Juan Maria
     A30 995 991

### REQUEST FOR ADDITIONAL DOCUMENTATION
### REQUEST FOR ADDITIONAL TIME TO SUBMIT DOCUMENTATION

Dear Sir/Madam:

Please be advised that this office continues to represent the above-named individual in all matters before the Immigration and Naturalization Service.  Form G-28, Notice of Entry of Appearance as Attorney, is on file.

Pursuant to your request for additional documentation on Form N-14, enclosed please find a certified copy of criminal record from New York relating to the narcotics conviction.

Presently, this office is attempting to obtain the other records from Yew York.  Request is made for additional time in which to obtain those records.

Thank you, in advance, for your attention to this matter.

Sincerely,

Linda A. Cristello

LAC/td
Enclosures: As Stated