UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10330 REK

| | |
|---|---|
| JUAN MARIA FERNÁNDEZ BATISTA,<br>    Petitioner/Plaintiff<br>v.<br><br>ALBERTO GONZALES, Attorney General;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES;<br>    Respondents/Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL
(RULE 41(a)(1)(i))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41 (a)(1)(i), Juan Maria Fernandez Batista, the Plaintiff herein, voluntarily dismisses with prejudice the above-entitled action as to Alberto Gonzales, the U.S. Department of Homeland Security and the U.S. Citizenship and Immigration Services, defendants herein.

**Respectfully submitted,**
**Juan Maria Fernandez Batista**
**By his attorneys,**

_____
Anthony Drago, Esq.
Elizabeth A. Smith, Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

**Dated:  March 29, 2005**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10330 REK

| | |
|---|---|
| **JUAN MARIA FERNÁNDEZ BATISTA,**<br>    Petitioner/Plaintiff<br>v.<br><br>**ALBERTO GONZALES, Attorney General;**<br>**U.S. DEPARTMENT OF HOMELAND SECURITY;**<br>**U.S. CITIZENSHIP AND IMMIGRATION**<br>**SERVICES;**<br>    Respondents/Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 29th day of March, 2005, I served a copy of the attached Notice of Dismissal, via first class mail, postage prepaid, upon the following service list:

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Service
Office of the District Counsel
JFK Federal Bldg. - Room 425
Boston, MA 02203

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn:  Denis Riordan, District Director

_____
Anthony Drago, Esq.